**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

OBED GOMEZ, JR, et al                                                                PLAINTIFFS

v.                                                          4:23-cv-00333 BRW

CENTENNIAL BANK                                                         DEFENDANT

## ORDER SETTING SETTLEMENT CONFERENCE

District Judge Billy Roy Wilson has referred this case to the undersigned magistrate judge for a settlement conference.

1. By **12:00 p.m. on Tuesday, July 30, 2024,** Plaintiff's counsel shall submit a written demand containing <u>itemized damages</u> to defense counsel. The proposed damages must be viable under the law and should not include punitive or special damages. If counsel believes punitive or special damages should be included in this initial demand, counsel shall contact the Court prior to making the demand. Remember, this is mediation and inflated demands are not productive in this process.

2. By **12:00 p.m. on Tuesday, August 20, 2024**, defense counsel shall submit a reasonable written offer to Plaintiff's counsel <u>explaining why</u> this offer is appropriate. Again, offers should be reasonable and help to further the mediation process.

3. If settlement is not reached on your own, Plaintiff's counsel shall fax (501-604-5378) or email (JJVchambers@ared.uscourts.gov and Joe_Volpe@ared.uscourts.gov) the demand and offer to Judge Volpe by **12:00 p.m. on Tuesday, September 17, 2024**. Do not file on the court docket.

4. <u>Parties with settlement authority are expected to attend</u>. However, I am willing to be flexible in allowing participation by telephone or video on a case by case basis.

**Participation by telephone or video should be coordinated with the Court as soon as possible**.

5. As soon as possible and at least three days prior to the conference, the defense shall provide Plaintiff a draft copy of the standard settlement agreement used in settlements. Plaintiff shall be familiar with the terms of this agreement. To avoid any foreseeable pitfalls, the parties should identify any issues in this standard agreement early in the settlement process.

6. The settlement conference is scheduled for **Tuesday, September 24, 2024, at 10:00 a.m.** in Courtroom 2C of the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 24th day of June 2024.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE