UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| Obed Gomez Jr., *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Centennial Bank d/b/a Happy State Bank,<br><br>Defendant. | **Case No. 4:23-cv-00333-BRW** |

## NOTICE OF MOTION AND MOTION FOR
## PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Obed Gomez Jr., Moses Gallens, Jeannie Melillo, Sharon Whitlock, Stephanie Martin, Karen Hughes, Tanya R. Autry, and Dennis Barfield (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, respectfully, move this Court to:

1. Preliminarily approve the Settlement described in the "Settlement Agreement" between Plaintiffs and Defendant Centennial Bank d/b/a Happy State Bank ("Centennial" or "Defendant," and, collectively with Plaintiffs, the "Parties"), attached as **Exhibit 1** to Plaintiffs' Memorandum of Points and Authorities in Support of this Motion ("Memorandum"), and the accompanying exhibits, including the Short Notice, Long Notice, the Claim Form, and the [Proposed] Preliminary Approval Order, attached to the Settlement Agreement as **Exhibits A through D**, as fair reasonable, and adequate;

2. Provisionally certify the Settlement Class pursuant to Federal Rule of Civil Procedure 23 for Settlement purposes only;

1

3. Approve the Notice program set forth in the Settlement Agreement, including the use of Notices substantially similar to those attached as **Exhibits B and D** to the Settlement Agreement;

4. Designate Plaintiffs Obed Gomes Jr., Moses Gallens, Jeannie Melillo, Sharon Whitlock, Stephanie Martin, Karen Hughes, Tanya R. Autry, and Dennis Barfield as Class Representatives;

5. Designate Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC and M. Anderson Berry of Clayeo C. Arnold, APC as Settlement Class Counsel;

6. Approve the retention of Angeion Group, LLC as Settlement Administrator;

7. Approve the procedures set forth in the Settlement Agreement for Settlement Class Members to exclude themselves from the Settlement Class or to object to the Settlement;

8. Approve the use of a Claim Form substantially similar to that attached as **Exhibit A** to the Settlement Agreement;

9. Stay the Action or otherwise adjourn litigation deadlines pending Final Approval of the Settlement;

10. Schedule a Final Fairness Hearing for a time and date convenient for the Court, at which the Court will conduct an inquiry into the fairness, reasonableness, and adequacy of the Settlement, final approval of the Settlement, and consideration of Settlement Class Counsel's Motion for Award of Fees, Costs, Expenses, and Service Awards for the Class Representatives.

This Motion is based on: (1) this Motion; (2) the Memorandum; (3) the Joint Declaration of Gary M. Klinger and M. Anderson Berry in Support of this Motion attached as **Exhibit 2** to the

Memorandum; (4) the Declaration of Steven Weisbrot of Angeion Group re: Notice Plan & Angeion Group Qualifications, attached as **Exhibit 3** to the Memorandum; (5) the Settlement Agreement and its Exhibits; (6) the records, pleadings, and papers filed in this action; and (7) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Date: December 13, 2024

Respectfully submitted,

*/s/ Christopher D. Jennings*
Christopher D. Jennings
(AR Bar No. 2006306)
**JENNINGS PLLC**
PO Box 25972
Little Rock, AR 72221
Tel: 501-247-6267
*chris@jenningspllc.com*

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe St., Ste. 2100
Chicago, Illinois 60606
Tel: (866) 252-0878
*gklinger@milberg.com*

Philip J. Krzeski*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Tel: (612) 339-7300
*pkrzeski@chestnutcambronne.com*

M. Anderson Berry*
Gregory Haroutunian*
**CLAYEO C. ARNOLD
A PROFESSIONAL CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Tel: (916) 239-4778
*aberry@justice4you.com*
*gharoutunian@justice4you.com*

*Pro Hac Vice*