UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| Obed Gomez Jr., *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Centennial Bank d/b/a Happy State Bank,<br><br>Defendant. | Case No. 4:23-cv-00333-LPR |

**PLAINTIFFS' UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Obed Gomez Jr., Moses A. Gallens, Jeannie Melillo, Sharon Whitlock, Stephanie Martin, Karen Hughes, Tanya R. Autry, and Dennis Barfield ("Plaintiffs") move for entry of an Order granting final approval of this proposed Class Action Settlement and certify the Settlement Class.

For the reasons set forth in the Memorandum in Support of this Unopposed Motion and the established record, Plaintiffs respectfully request that the Court grant this Motion for Final Approval of Class Action Settlement, grant Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Service award to Plaintiffs, and enter a final judgment dismissing this case.

1

Dated:  May 8, 2025

Respectfully Submitted,

/s/ *Phil Krzeski*
Bryan L. Bleichner (*pro hac vice* forthcoming)
Philip J. Krzeski *
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Fax: (612) 336-2940
*bbleichner@chestnutcambronne.com*
*pkrzeski@chestnutcambronne.com*

Christopher D. Jennings (AR Bar No. 2006306)
**JENNINGS PLLC**
PO Box 25972
Little Rock, AR 72221
Telephone: 501-247-6267
*chris@jenningspllc.com*

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe St., Ste. 2100
Chicago, Illinois 60606
Telephone: (866) 252-0878
*gklinger@milberg.com*

M. Anderson Berry*
Gregory Haroutunian*
**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
*aberry@justice4you.com*
*gharoutunian@justice4you.com*

* Admitted *Pro Hac Vice*

***Attorneys for Plaintiffs and the Putative Classes***

2

## **CERTIFICATE OF SERVICE**

Plaintiffs' Counsel avers that a paper copy of this document was served via First-Class Mail on each of the individuals listed below:

Heather Rodriguez
f/k/a Heather Robinson
1030 W. Garza St.
Slaton, Texas 79364

Arthur Harold Heathcock
520 Mill Creek Dr.
Russellville, AR 72802

Paris Nelson
2815 Arch St.
Little Rock. AR 72206

*/s/ Phil Krzeski*
Philip J. Krzeski
