IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**OBED GOMEZ, JR. ET AL.** on behalf of
Themselves and all other similarly situated                                              **PLAINTIFFS**

VS.                       NO. 4:23-CV-00333-BRW

                                                                                          **DEFENDANT**
**CENTENNIAL BANK**

SUPPLEMENTAL DECLARATION OF KATRINA R. ASHLEY
RE: IMPLEMENTATION OF NOTICE AND SETTLEMENT ADMINISTRATION

I, **KATRINA R. ASHLEY**, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge:

1. I am a Project Manager with Angeion Group, LLC ("Angeion"), a class action notice and claims administrator, located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein.

2. Angeion is not related to or affiliated with the Plaintiffs, Class Counsel, Defendant, or Defendant's Counsel.

3. Pursuant to the Court's Order (Dkt. No. 47), Class Counsel was authorized to retain Angeion as Settlement Administrator to supervise and administer the notice procedure in connection with the proposed Settlement as well as the processing of claims.

4. The purpose of this Declaration is to provide the Court with an update regarding additional requests for exclusion received by Angeion since the submission of its May 6, 2025 Declaration, *Declaration of Katrina R. Ashley Re: Implementation of Notice and Settlement Administration* (ECF No. 54-1), and an update regarding the letter received by the Court on June 18, 2025.

5. The deadline for Settlement Class Members to request exclusion from the Settlement was April 7, 2025. Angeion previously reported to the Court that it had received 51 timely requests for exclusion. (ECF No. 54-1 at 16, Ex. C). Angeion has since received two, additional timely requests for exclusion for Settlement Class Members Raul Bordeloys and Brett Russell o/b/o Russell Chevrolet. Angeion has since also received two untimely requests for exclusion for Settlement Class Members James Casler and Shirely Graw, which the parties have agreed to accept. Attached hereto as **Exhibit A** is a list containing the names of the 55 individuals who submitted exclusion requests.

6. On June 27, 2025, Angeion received this Court's correspondence dated June 20, 2025, forwarding a letter from Settlement Class Member Jack Harmon stating his belief that his claim was erroneously denied as a duplicate. Angeion promptly investigated this matter, retracted its denial of Mr. Harmon's claim, and notified Mr. Harmon on June 30, 2025, by both email and telephone that his claim was erroneously denied and that it would be processed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Martinsville, Ohio, this 15th day of July, 2025.

*Katrina Ashley*
KATRINA R. ASHLEY, Declarant